IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HORTON, #296617, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-464-TFM-MU |
| | ) |
| CAPTAIN GILCHRIST, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On August 8, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the Motion to Add Defendants (Doc. 31) be granted in part and denied in part. *See* Doc. 37. Plaintiff timely submitted objections. *See* Doc. 38.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. It is **ORDERED** that *Plaintiff's Motion to Add Defendants in Accordance with Rule 21 of the Federal Rules of Civil Procedure* (Doc. 31) is **GRANTED in part** and **DENIED in part**. It is granted in that Lt. Thomas Banda is substituted for Lt. Vander. It is denied to the extent it seeks to amend the complaint by adding as defendants Sgt. Jesse Wilson, Capt. Joshua Morgan, Lt. Talley, and Captain Wasdin.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 26th day of September, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE